[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 1248.]

CUYAHOGA COUNTY BAR ASSOCIATION *v.* MUHLBACH.

[Cite as *Cuyahoga Cty. Bar Assn. v. Muhlbach*, 2001-Ohio-74.]

(No. 99-808—Submitted and decided March 27, 2001.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing on September 19, 2000, of an application for reinstatement by respondent, Peter Michael Muhlbach, Attorney Registration No. 0058412, last known address in Parma, Ohio, and upon his filing on March 5, 2001, of a notice of compliance.

{¶ 2} The court coming now to consider its order of September 8, 1999, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent for a period of one year, and its order of February 15, 2001, finds that respondent has substantially complied with these orders and with the provisions of Gov.Bar R. V(10)(A). Therefore,

{¶ 3} IT IS ORDERED by this court that Peter Michael Muhlbach be, and hereby is, reinstated to the practice of law in the state of Ohio.

{¶ 4} IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

{¶ 5} For earlier cases, see *Medina Cty. Bar Assn. v. Muhlbach* (1998), 83 Ohio St.3d 224, 699 N.E.2d 459; and *Cuyahoga Cty. Bar Assn. v. Muhlbach* (1999), 86 Ohio St.3d 547, 715 N.E.2d 1134.

DOUGLAS, RESNICK, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent and would permit respondent to reapply no earlier than September 15, 2001.